**Bernardina Sanchez DE GUTIERREZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 11–70715.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 9, 2012.\*

Filed Oct. 15, 2012.

Bernardina Sanchez De Gutierrez, Banning, CA, pro se.

Sarah Maloney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

MEMORANDUM \*\*

Bernardina Sanchez de Gutierrez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Mohammed v. Gonzales,* 400 F.3d

---

785, 791–92 (9th Cir.2005), and we deny the petition for review.

In her opening brief, Sanchez de Gutierrez fails to address, and therefore has waived any challenge to, the BIA's determination that record evidence other than her own statements to border agents supported her removability for alien smuggling. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996) (holding issues that are not specifically raised and argued in a party's opening brief are waived).

We therefore need not address Sanchez de Gutierrez's contentions concerning the admissibility of her statements.

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.